UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALISHIA ANDERSON,

                          Plaintiff,

-against-

SCHNEIDER NATIONAL INC.; SCOTT TOMICK, Driver Business Leader,

                         Defendants.

**ORDER**

22-CV-1689 (PMH)

PHILIP M. HALPERN, United States District Judge:

On March 11, 2022, this Court issued an Order directing the Clerk of Court to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants. (Doc. 8). In that same Order, this Court directed the Clerk of Court to mail a copy of the Order to the Plaintiff, together with an Information Package. (*Id.*). This Court also stated that Plaintiff must notify the Court in writing if her address changes and that the Court may dismiss the action if Plaintiff failed to do so. (*Id.*).

On March 11, 2022, the Clerk of Court sent to Plaintiff an Information Package containing the following documents: (i) a copy of the order of service and other orders entered to date, (ii) a copy of the Mediation Referral Order for Pro Se Employment Discrimination Cases, (iii) the individual practices of the district judge and magistrate judge assigned to the case, (iv) Instructions for Litigants Who Do Not Have Attorneys, (v) Notice Regarding Privacy and Public Access to Electronic Case Files, (vi) a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse, (vii) a Motions guide, (viii) a notice that the Pro Se Manual has been discontinued, (ix) a Notice of Change of Address form to use if your contact information changes, (x) a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, and (xi) a form to complete

to consent to receive filings electronically. (Doc. 10). These documents were sent to the address on file for Plaintiff, 170 Hudson Ave, Apt. 21, Poughkeepsie, NY 12601. Additionally, Notice was electronically mailed to Plaintiff at a_alishia1982@yahoo.com, the email address for which Plaintiff consented on February 28, 2022, to receive electronic service via the ECF system. (Doc. 4). On April 8, 2022, the Information Package sent to Plaintiff was returned to sender with the following notation: "Return to Sender. Unable to Forward."

It is Plaintiff's obligation to provide the Court with an address for mail service, *see* Fed. R. Civ. P. 11(a), but she has not done so. The Court therefore directs Plaintiff, within thirty days, to provide the Court with her new mailing address. The Court has warned Plaintiff once already that the Court may dismiss this action if Plaintiff fails to provide the Court with an address for service. (Doc. 8). Should the Plaintiff again fail to do so, this Action will be dismissed.

The Clerk of the Court is respectfully directed to mail a copy of this Order, as well as the Court's March 11, 2022 Order of Service (Doc. 8) and Information Package (Doc. 10) to Plaintiff at the address listed on the docket.

**SO ORDERED.**

Dated:   White Plains, New York
         April 11, 2022

                                          PHILIP M. HALPERN
                                          United States District Judge